# ALABAMA COURT OF CRIMINAL APPEALS



March 21, 2025

**CR-2022-1280**
Jimmy ONeal Spencer v. State of Alabama (Appeal from Marshall Circuit Court:
CC-18-465)

## NOTICE

You are hereby notified that on March 21, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk